

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00710-CR

Lizette **DELUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3555A
Honorable Steve Hilbig, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 15, 2016.

Sandee Bryan Marion, Chief Justice